MICHAEL N. BEEDE, ESQ.
Nevada Bar No. 13068
THE LAW OFFICE OF MIKE BEEDE, PLLC
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
Eservice@legallv.com
*Attorney for Defendants, Randy Blizzard, in his individual capacity and as Trustee of the Joel 228 Trust; The James Paul Getty Irrevocable Resource Trust; The Anthony F. Johnson Irrevocable Resource Trust; The Steven J. Castellan Irrevocable Resource Trust; The Brian Philip Anderson Irrevocable Resource Trust; and Philip Steven Irrevocable Resource Trust*

## UNITED STATES DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | CASE NO. 2:17-cv-00678-RFB-VCF |
| Plaintiff, | |
| v. | |
| RANDY BLIZZARD, in his individual capacity and as Trustee of the JOEL 228 TRUST; the JAMES PAUL GETTY IRREVOCABLE RESOURCE TRUST; the ANTHONY F. JOHNSON IRREVOCABLE RESOURCE TRUST; the STEVEN J. CASTELLAN IRREVOCABLE RESOURCE TRUST; the BRIAN PHILIP ANDERSON IRREVOCABLE RESOURCE TRUST; the PHILIP STEVEN IRREVOCABLE RESOURCE TRUST; HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; CYNTHIA GIBSON, an individual, | **STIPULATION FOR: 1) PLAINTIFF JPMORGAN CHASE BANK N.A. TO WITHDRAW THEIR MOTION TO STRIKE [ECF NO. 22], AND 2) ALLOW DEFENDANTS TO SEEK LEAVE OF COURT TO ASSERT COUNTERCLAIMS** |
| Defendants. | |

COMES NOW, Plaintiff, JPMorgan Chase Bank, N.A. (hereinafter "Plaintiff"), by and through its attorneys of record, Kent F. Larsen, Esq. and Karl Nielson, Esq. of the law firm of Smith Larsen & Wixom; and Defendants, Randy Blizzard, in his individual capacity and as Trustee of the Joel 228 Trust, The James Paul Getty Irrevocable Resource Trust, The Anthony F. Johnson Irrevocable Resource Trust, The Steven J. Castellan Irrevocable Resource Trust, The Brian Philip Anderson Irrevocable Resource Trust, and Philip Steven Irrevocable Resource

Trust (hereinafter collectively "Defendants"), by and through their attorney of record, Michael N. Beede, Esq. of the Law Office of Mike Beede, PLLC, and hereby stipulate as follows:

1. Plaintiff hereby withdraws its Motion to Strike Defendants' Counterclaims [ECF No. 22], which was filed in the above-entitled Court on October 5, 2017.

2. Defendants shall be granted leave to assert Counterclaims against JPMorgan Chase Bank, N.A. and Cross-Claims as reflected in the proposed pleading, attached hereto as **Exhibit 1**.

Dated this 16th day of October, 2017.                    Dated this 16th day of October, 2017

/s/ Karl Nielson_____              /s/ Michael Beede_____
KENT F. LARSEN, ESQ.                                 MICHAEL BEEDE, ESQ.
Nevada Bar No. 3463                                   Nevada Bar No. 13068
KARL NIELSON, ESQ.                                    The Law Office of Mike Beede, PLLC
Nevada Bar No. 5082                                   2470 St. Rose Pkwy., Ste. 201
Smith Larsen & Wixom                                  Henderson, NV 89074
1935 Village Center Circle                            T: 702-473-8406
Las Vegas, NV 89134                                   F: 702-832-0248
T: (702) 252-5002                                     eservice@legallv.com
F: (702) 252-5006                                     *Attorney for Defendants, Randy Blizzard,*
kfl@swlaw.com                                         *in his individual capacity and as Trustee*
kln@swlaw.com                                         *of the Joel 228 Trust; The James Paul*
*Attorneys for Plaintiff, JPMorgan Chase*             *Getty Irrevocable Resource Trust; The*
*Bank, N.A.*                                          *Anthony F. Johnson Irrevocable Resource*
                                                      *Trust; The Steven J. Castellan*
                                                      *Irrevocable Resource Trust; The Brian*
                                                      *Philip Anderson Irrevocable Resource*
                                                      *Trust; and Philip Steven Irrevocable*
                                                      *Resource Trust*

**ORDER**          IT IS HEREBY ORDERED that Defendants'
                   Counterclaim as attached must be filed on
                   or before October 23, 2017.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

_____
          October 16, 2017
DATE

# **EXHIBIT 1**

Defendants' Proposed
Counterclaim

MICHAEL N. BEEDE, ESQ.
Nevada State Bar No. 13068
**THE LAW OFFICE OF MIKE BEEDE, PLLC**
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
Telephone (702) 473-8406
Facsimile (702) 832-0248
Eservice@legallv.com
*Attorney for Defendants, Randy Blizzard, in his individual capacity and as Trustee of the Joel 228 Trust; The James Paul Getty Irrevocable Resource Trust; The Anthony F. Johnson Irrevocable Resource Trust; The Steven J. Castellan Irrevocable Resource Trust; The Brian Philip Anderson Irrevocable Resource Trust; and Philip Steven Irrevocable Resource Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> RANDY BLIZZARD, in his individual capacity and as Trustee of the JOEL 228 TRUST; the JAMES PAUL GETTY IRREVOCABLE RESOURCE TRUST; the ANTHONY F. JOHNSON IRREVOCABLE RESOURCE TRUST; the STEVEN J. CASTELLAN IRREVOCABLE RESOURCE TRUST; the BRIAN PHILIP ANDERSON IRREVOCABLE RESOURCE TRUST; the PHILIP STEVEN IRREVOCABLE RESOURCE TRUST; HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; CYNTHIA GIBSON, an individual, <br><br> Defendants. | CASE NO. 2:17-cv-00678-RFB-VCF <br><br><br> **DEFENDANTS' COUNTERCLAIMS** |

COMES NOW, Counterclaimants/Defendants, Randy Blizzard, in his individual capacity and as Trustee of the Joel 228 Trust; The James Paul Getty Irrevocable Resource Trust; The Anthony F. Johnson Irrevocable Resource Trust; The Steven J. Castellan Irrevocable Resource Trust; The Brian Philip Anderson Irrevocable Resource Trust; and Philip Steven Irrevocable

Resource Trust (hereinafter collectively "Counterclaimatnts"), by and through their attorney of record, Michael N. Beede, Esq. of The Law Office of Mike Beede, PLLC, and hereby alleges counterclaims against the above-named Counterdefendants as follows:

## PARTIES, JURISDICTION AND VENUE

1. This action relates to the ownership and title to certain residential real property located in Clark County, Nevada commonly known as 6540 Charlie Chaplin Avenue #102, Las Vegas, NV 89122 and bearing Clark County Assessor's Parcel Number 161-10-710-305 (the "Property"). Accordingly, jurisdiction and venue are appropriate in Clark County, Nevada.

2. Counterclaimant Randy Blizzard, in his individual capacity, is a citizen of Nevada.

3. Counterclaimant Randy Blizzard is also named as Trustee for the Joel 228 Trust, a trust organized under the laws of the State of Nevada.

4. The remaining trust counterclaimants, the James Paul Getty Irrevocable Resource Trust (the "JPG Trust"), the Anthony F. Johnson Irrevocable Resource Trust (the "AFJ Trust"), the Steven J. Castellan Irrevocable Resource Trust (the "SJC Trust"), the Brian Philip Anderson Irrevocable Resource Trust (the "BPA Trust"), and the Philip Steven Irrevocable Resource Trust (the "PS") (collectively hereafter, "Trust Counterclaimants") are trusts organized under the laws of the State of Nevada, are, cumulatively, the record holders of title to the Property.

5. Counterdefendant, JPMorgan Chase Bank, N.A., is a national banking association doing business in Clark County, Nevada.

6. Upon information and belief, Counterdefendant Cynthia Gibson is a resident of Clark County, Nevada, and was the owner of the Property prior to the issuance of a Trustee's Deed Upon Sale to Randy Blizzard on December 6, 2013.

7. The true names and capacities, whether individual, corporate, associate or otherwise, of Does 1 through 10, inclusive, and Roe Business entities 1 through 10, inclusive, are unknown to the Counterclaimants at this time. Counterclaimants therefore sue said Does and Roes by said names, as Counterclaimants believe that said Does and/or Roes

are in some way responsible for some or all of Counterclaimants' damages set forth herein. Counterclaimants will request leave of this Court to amend these Counterclaims when such names and identities become known to them.

8. Jurisdiction and venue are proper in this Court because this action concerns real property located in the County of Clark, State of Nevada, and the facts, acts, events and circumstances herein mentioned, alleged and described occurred in the County of Clark, State of Nevada.

## **GENERAL ALLEGATIONS**

9. The Property is located at 6540 Charlie Chaplin Avenue #102, Las Vegas, NV 89122, bearing Clark County Assessor's Parcel Number 161-10-710-305, and the legal description of: HOLLYWOOD RANCH PLAT BOOK 129 PAGE 34 UNIT 102 BLDG 102, Clark County.

10. Randy Blizzard obtained title to the Property by way of Trustee's Deed Upon Sale issued pursuant to NRS 116 which was recorded on December 10, 2013. (Exhibit #1)

11. This title to the Property was transferred to the Joel 228 Trust by way of a Grant, Bargain, and Sale Deed recorded with the Clark County Recorder on March 7, 2014 as instrument no. 201403070000996. (Exhibit #2)

12. This title to the Property was then partially transferred to the Trust Counterclaimants; specifically, the Joel 228 Trust transferred an undivided ten percent of its ownership interest in the Property to the Trust Counterclaimants, by way of a Grant, Bargain, and Sale Deed, recorded on March 19, 2014, as instrument no. 201403190002105. (Exhibit #3)

13. Pursuant to NRS 116.31166, *Shadow Wood Homeowners Ass'n v. New York Cmty. Bancorp. Inc.*, 366 P.3d 1105; and *Deutsche Bank Nat'l Trust Co. v. Roland*, 2014 Nev. Unpub. LEXIS 507; 2014 WL 1319106, it is conclusively proved that each of the Counterdefendants was noticed by Hampton & Hampton Collections, LLC of the underlying foreclosure sale and that all relevant provisions of NRS 116 were complied with. A copy of the Notice of Foreclosure Sale was recorded on July 11, 2013.

14. Counterclaimants' title stems from a Trustee's Deed Upon Sale arising from a delinquency in assessments due from the former owner, Cynthia Gibson, to Hollywood Ranch Homeowners' Association pursuant to NRS Chapter 116.

15. Randy Blizzard took title to the Property free and clear of all junior liens and encumbrances affecting title to the Property, including any Deed of Trust, any assessments or other fees claimed by Hollywood Ranch Homeowners' Association accruing prior to the date of the Deed, and any claim to title of the Property that may be asserted to by Counterdefendants.

16. Notwithstanding the recording of the Deed on December 10, 2013, Counterclaimants are informed and believe that one or more Counterdefendants claim to continue to hold an interest in the Property superior to that of Counterclaimants' by virtue of the purported Deed of Trust.

17. Counterclaimants are informed and believe Cynthia Gibson granted a deed of trust in favor of DHI Mortgage Company, LTD naming Mortgage Electronic Registration Systems, Inc. ("MERS") as beneficiary, which was recorded with the Clark County Recorder on March 27, 2008.

18. On January 6, 2011, an assignment of the aforementioned Deed of Trust was recorded which purported to transfer the beneficial interest thereof to Plaintiff/Counterdefendant JPMorgan Chase Bank, N.A.

19. The claims to title of the Property asserted by each Counterdefendant conflict with Counterclaimants' claims to title, and constitute a cloud upon title.

20. The interest of each of the Counterdefendants, if any, has been extinguished by reason of the foreclosure sale, which was properly conducted with adequate notice given to all persons and entities claiming a recorded interest in the subject property, and resulting from a delinquency in assessments due from the former owner, to Hollywood Ranch Homeowners' Association, pursuant to NRS Chapter 116 and *SFR Invs. Pool 1, LLC v. U.S. Bank, N.A.*, 334 P.3d 408 (2014).

21. Therefore, Counterclaimants bring the instant action to quiet all claims against all known persons and/or entities claiming legal or equitable interests in the Property.

## FIRST CLAIM FOR RELIEF ACTION

**(Declaratory Relief/Quiet Title Pursuant to NRS 30.010, et. Seq. and NRS 116, et. seq.)**

22. Counterclaimants incorporate each and every of the preceding paragraphs as if fully set forth herein.

23. Pursuant to NRS 30.030, et seq. and NRS 40.010, this Court has the power and authority to declare Counterclaimants' rights and interests in the Property and to resolve the Counterdefendants' adverse claims to the Property.

24. Randy Blizzard acquired the Property by successfully bidding on the Property at a public sale held on December 3, 2013 in accordance with NRS Chapter 116, and became the rightful owner of the Property by virtue of the Trustee's Deed Upon Sale. (Exhibit #1)

25. This title to the Property was transferred to the Joel 228 Trust by way of a Grant, Bargain, and Sale Deed recorded with the Clark County Recorder on March 7, 2014 as instrument no. 201403070000996. (Exhibit #2)

26. This title to the Property was then partially transferred to the Trust Counterclaimants; specifically, the Joel 228 Trust transferred an undivided ten percent of its ownership interest in the Property to the Trust Counterclaimants, by way of a Grant, Bargain, and Sale Deed, recorded on March 19, 2014, as instrument no. 201403190002105. (Exhibit #3)

27. Upon information and belief, the Counterdefendants herein assert claims to the Property adverse to that of Counterclaimants

28. Counterclaimants are entitled to a declaratory judgment from this Court finding that: (1) Counterclaimants own the Property in fee simple free and clear of any interest in the Property claimed by any and all Counterdefendants; (2) the Deed is valid and enforceable; (3) the conveyance of the Property to Randy Blizzard through the Trustee's Deed Upon Sale extinguished Counterdefendants' security and/or ownership

interests in the Property; (4) any attempt to transfer of title to the Property through a non-judicial foreclosure sale pursuant to any Deed of Trust would be invalid; and (5) Counterclaimants' rights and interest in the Property are superior to any adverse interests claimed by Counterdefendants.

29. Counterclaimants seek an Order from the Court quieting title to the Property in favor of Counterclaimants.

## SECOND CLAIM FOR RELIEF

### (Preliminary and Permanent Injunction against all Counterdefendants)

30. Counterclaimants incorporates each and every of the preceding paragraphs as if fully set forth herein.

31. Randy Blizzard acquired the Property by successfully bidding on the Property at a public sale held on December 3, 2013 in accordance with NRS Chapter 116, and became the rightful owner of the Property by virtue of the Trustee's Deed Upon Sale. (Exhibit #1)

32. This title to the Property was transferred to the Joel 228 Trust by way of a Grant, Bargain, and Sale Deed recorded with the Clark County Recorder on March 7, 2014 as instrument no. 201403070000996. (Exhibit #2)

33. This title to the Property was then partially transferred to the Trust Counterclaimants; specifically, the Joel 228 Trust transferred an undivided ten percent of its ownership interest in the Property to the Trust Counterclaimants, by way of a Grant, Bargain, and Sale Deed, recorded on March 19, 2014, as instrument no. 201403190002105. (Exhibit #3)

34. Notwithstanding the conveyance of the Property to Counterclaimants, Counterdefendants continue to claim adverse interests in the Property under the Deed of Trust.

35. Counterclaimants are informed and believe that one or more Counterdefendants may improperly attempt to complete a non-judicial foreclosure sale of the Property under

the Deed of Trust pursuant to NRS Chapter 107.080, et seq. despite the fact that Counterclaimants hold a superior interest in the Property.

36. Counterclaimants are entitled to a preliminary injunction and permanent injunction prohibiting all Counterdefendants from initiating or attempting to complete any foreclosure proceeding under the Deed of Trust or otherwise attempting to transfer title to the Property thereunder.

## **PRAYER FOR RELIEF**

WHEREFORE, Counterclaimants pray for relief as follows:

1. For a determination and declaration that Counterclaimants are the rightful owners of title to the Property, free and clear of all claims of the Counterdefendants;

2. For and award of special damages, including reasonable attorneys' fees;

3. For court costs incurred;

4. For a preliminary and permanent injunction prohibiting all Counterdefendants from initiating or continuing foreclosure proceedings or otherwise attempting to transfer title to the Property;

5. For such other and further relief as the Court deems just and proper.


DATED this ___ day of _____, 2017.

THE LAW OFFICE OF MIKE BEEDE, PLLC


BY:  _/s/ Michael Beede_____
MICHAEL N. BEEDE, ESQ.
Nevada State Bar No. 13068
2470 St. Rose Pkwy, Suite 201
Henderson, NV 89074
Telephone (702) 473-8406
*Attorney for Counterclaimants*

## CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and that I am not a party to, nor interested in, this action. On the ___ day of _____, 2017, I caused a true and correct copy of the foregoing **DEFENDANTS' COUNTERCLAIMS** to be served by the method indicated:

___ U.S. Mail

___ U.S. Certified Mail

___ Facsimile Transmission

___ Federal Express

_X_ Electronic Service via CM/ECF

___ E-Mail

_/s/ Allison Zeason_____
An Employee of The Law Office of Mike Beede, PLLC

## EXHIBIT LIST

1. Trustee's Deed Upon Sale, Doc. No. 201312100001121       Exhibit 1

2. Grant, Bargain and Sale Deed, Doc. No. 201403070000996       Exhibit 2

3. Grant, Bargain and Sale Deed, Doc. No. 201403190002105       Exhibit 3

# EXHIBIT 1

**Trustee's Deed Upon Sale**

**Doc. No. 201312100001121**

Inst #: 201312100001121
Fees: $19.00 N/C Fee: $0.00
RPTT: $428.40 Ex: #
12/10/2013 09:55:36 AM
Receipt #: 1867730
Requestor:
RANDY BLIZZARD
Recorded By: COJ Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER



**RECORDING REQUESTED BY:**
Hampton & Hampton Collections LLC for
Hollywood Ranch Homeowners Association

**WHEN RECORDED MAIL DOCUMENTS TO:**
Randy Blizzard
P. O. Box 94226
Las Vegas NV 89193

Forward Tax Statements to Address listed above.

T.S. Number: 17210

(Recorder's Use Only)

APN: 161-10-710-305

## TRUSTEE'S DEED UPON SALE

The amount of the unpaid debt was $6,244.50.

The amount paid by the Grantee was $6,464.00.

The property is in the city of Las Vegas, County of Clark.

The documentary transfer tax is $428.40.

Hampton & Hampton Collections, LLC as authorized trustee (herein referred to as the "Grantor"), does hereby grant and convey, but without warranty or covenant, expressed or implied, regarding title, possession or encumbrances, to the Randy Blizzard a married man as his sole and separate property (herein referred to as the "Grantee(s)"), the real property situated in the County of Clark, State of Nevada, described as follows:

### SEE ATTACHED 'EXHIBIT A' FOR LEGAL DESCRIPTION

**COMMONLY KNOWN AS:** 6540 Charlie Chaplin Ave., Unit 102 Las Vegas NV 89122

This conveyance is made pursuant to the powers granted to the Association and conferred upon the appointed trustee pursuant to Nevada Revised Statute 116.3115 et. seq. and Nevada Revised Statute 116.3116 through 116.31168 et. seq. and by the provisions of the Declaration of Covenants, Conditions, and Restrictions recorded on October 2, 2006 in Book Number 20061002 as Instrument Number 5479, and any subsequent amendments

Description: Clark,NV Document-Year.Date.DocID 2013.1210.1121 Page: 1 of 4
Order: 6540 Charlie Chaplin #102 Comment:

thereto. Grantor complied with all applicable statutory requirements of the State of Nevada, and performed all duties required by such law, including the mailing of the Notice of Delinquent Assessment, Notice of Default and Election to Sell, and Notice of Sale.

Said property was sold by Trustee and/or its agent(s) at a public auction on December 3, 2013 at the place named in the Notice of Trustee's Sale, in the County of Clark, Nevada in which the property is situated. Grantee, being the highest bidder at such sale, purchased said property and paid to trustee the amount bid being Six Thousand Four Hundred and Sixty-Four dollars ($6,464.00) in lawful money of the United States of America, or by the satisfaction of the obligations then due and payable to the association claimant.

DATED: December 6, 2013

By: _____

Katryna Harper, Collections Manager
Trustee and Authorized Agent for
Hampton & Hampton Collections, LLC

STATE OF NEVADA     )
                                )ss.
COUNTY OF CLARK     )

On 12/6/13, before me, the undersigned Notary Public, duly commissioned and sworn, personally appeared Katryna Harper, known to me, or proved on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument as the Trustee, and who acknowledged to me that he executed the same freely and voluntarily, and for the uses and purposes mentioned within.

_____
Notary Public

D. AUFFANT
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 12-9355-1
My Appt. Expires Oct. 16. 2016

EXHIBIT "A"

## Legal Description

Parcel I:

Unit 102 in Building 102 of final map of HOLLYWOOD RANCH, as shown by Map thereof on file in Book 129 of Plats, Page 34, and Certificate of Amendment recorded in Book 20060426 at Instrument No. 0005109 and in Book 20070208 at Instrument No. 0003057, in the office of the County Recorder of Clark County, Nevada.

TOGETHER WITH associated Garage Unit, as set forth in that certain Declaration of Covenants, Conditions and Restrictions and Reservation of Easements for HOLLYWOOD RANCH RECORED October 2, 2006 in Book 20061002 as Instrument No. 0005479, Official Records.

Parcel II:

The exclusive right of use, possession and occupancy of those portions of the above-referenced Plat as designated as exclusive use areas and limited Common Elements, including, but not limited to, Yard Component, as defined in and subject to the Declaration, which are appurtenant to Parcel I described above.

# STATE OF NEVADA
# DECLARATION OF VALUE FORM

1. Assessor Parcel Number(s)
   a. 161-10-710-305
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | | |
|---|---|---|---|---|
| a. ☐ | Vacant Land | b. ☑ | Single Fam. Res. |
| c. ☐ | Condo/Twnhse | d. ☐ | 2-4 Plex |
| e. ☐ | Apt. Bldg | f. ☐ | Comm'l/Ind'l |
| g. ☐ | Agricultural | h. ☐ | Mobile Home |
| ☐ | Other _____ | | |

**FOR RECORDER'S OPTIONAL USE ONLY**
Book: _____ Page: _____
Date of Recording: _____
Notes:

3. a. Total Value/Sales Price of Property     $ 6,464.00
   b. Deed in Lieu of Foreclosure Only (value of property) (        )
   c. Transfer Tax Value:     $ 84,000.00
   d. Real Property Transfer Tax Due     $ $428.40

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section _____
   b. Explain Reason for Exemption: _____

5. Partial Interest: Percentage being transferred: 100 _____ %
   The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature: _____    Capacity: Trustee _____

Signature: _____    Capacity: _____

| **SELLER (GRANTOR) INFORMATION** (REQUIRED) | **BUYER (GRANTEE) INFORMATION** (REQUIRED) |
|---|---|
| Print Name: Hampton& Hampton Collections, LLC | Print Name: Randy Blizzard |
| Address: 8965 S. Pecos Rd., Ste. 9-A | Address: 8175 Arville St., Unit 104 |
| City: Henderson | City: Las Vegas |
| State: NV    Zip: 89074 | State: NV    Zip: 89139 |

**COMPANY REQUESTING RECORDING**
Print Name: Hampton & Hampton Collections, LLC
Address: 8965 S. Pecos Rd., Ste. 9-A
City: Henderson

Escrow #: Ts #17210

State: NV    Zip: 89074

As a public record this form may be recorded/microfilmed

# EXHIBIT 2

**Grant, Bargain and Sale Deed**

**Doc. No. 201403070000996**



Inst #: 20140307-0000996
Fees: $19.00 N/C Fee: $0.00
RPTT: $0.00 Ex: #007
03/07/2014 09:45:10 AM
Receipt #: 1954010
Requestor:
JOE MORATA
Recorded By: ANI  Pgs: 4
DEBBIE CONWAY
CLARK COUNTY RECORDER

APN: 161-10-710-305
Recording requested by and mail documents and
tax statements to:

Name   Joel 228 Trust

Address: P.O. Box 94226

City/State/Zip: Las Vegas Nevada  89193

RPTT: _____ **GRANT, BARGAIN, and SALE DEED**

THIS INDENTURE WITNESS that:

Randy Blizzard, a married man as his sole and separate property

(hereinafter called GRANTOR(S)) in consideration of Ten Dollars $ 10.00, the receipt of which is

hereby acknowledged, do hereby GRANT, BARGAIN, SALE and CONVEY to:

JOEL 228 TRUST,

(hereinafter called GRANTEE(S)) all that real property situated in the City of Las Vegas,  County

of Clark,  State of Nevada,  bounded and described as follows:

*SEE ATTACHED EXHIBIT "A" ATTACHED HERTO AND BY REFERENCE MADE A PART*
*HEREOF*

*COMMONLY KNOWN AS : 6540 Charlie Chaplin Ave  # 102 Las Vegas Nevada 89122-1772*

Grant, Bargain and Sale Deed

Description: Clark,NV Document-Year.Date.DocID 2014.307.996 Page: 1 of 4
Order: 6540 Charlie Chaplin #102 Comment:

Together with all and singular hereditament and appurtenances thereunto belonging or in any way appertaining to.

In Witness Whereof, I have hereunto set my hand/our hands on _____ day of February, 2014.

Signature of Grantor                                    Signature of Grantor

_____                _____
Randy Blizzard


STATE OF NEVADA              )
                             )
COUNTY OF    CLARK           )

     On this 23 day of February, 2014. personally appeared before me, a Notary Public,

Randy Blizzard  ☐ personally known to me OR ☐ proved to me on the basis of satisfactory

evidence to be the person(s) described in and who executed the foregoing instrument in the

capacity set forth therein, who acknowledged to me that he executed the same freely and

voluntarily and for the uses and purposes therein mentioned.  Witness my hand and official seal.

_____
Notary Public
My commission expires: 3/15/2016



NOTARY PUBLIC
JAIME LYNN DAMIEN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. MAR. 15, 2016
No: 12-7274-1

Grant, Bargain and Sale Deed

Page 2 of 2

## EXHIBIT "A"

**PARCEL I:**
UNIT 102 IN BUILDING 102 OF FINAL MAP OF HOLLYWOOD RANCH, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 129 OF PLATS, PAGE 34, AND CERTIFICATE OF AMENDMENT RECORDED IN BOOK 20060426 AT INSTRUMENT NO. 0005109 AND IN BOOK 20070208 AT INSTRUMENT NO. 0003057, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.
TOGETHER WITH ASSOCIATED GARAGE UNIT, AS SET FORTH IN THAT CERTAIN DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS AND RESERVATION OF EASEMENTS FOR HOLLYWOOD RANCH RECORDED OCTOBER 2, 2006 IN BOOK 20061002 AS INSTRUMENT NO. 0005479, OFFICIAL RECORDS.

**PARCEL II:**
THE EXCLUSIVE RIGHT OF USE, POSSESSION AND OCCUPANCY OF THOSE PORTIONS OF THE ABOVE-REFERENCED PLAT AS DESIGNATED AS EXCLUSIVE USE AREAS AND LIMITED COMMON ELEMENTS, INCLUDING, BUT NOT LIMITED TO, YARD COMPONENT, AS DEFINED IN AND SUBJECT TO THE DECLARATION, WHICH ARE APPURTENANT TO PARCEL I DESCRIBED ABOVE.

**STATE OF NEVADA**
**DECLARATION OF VALUE FORM**

1. Assessor Parcel Number(s)
   a. 161 - 10-710 - 305
   b. _____
   c. _____
   d. _____

2. Type of Property:

| | | | | FOR RECORDER'S OPTIONAL USE ONLY |
|---|---|---|---|---|
| a. ☐ Vacant Land | b. ☐ Single Fam. Res. | | | |
| c. ☒ Condo/Twnhse | d. ☐ 2-4 Plex | Book:_____ Page:_____ |
| e. ☐ Apt. Bldg | f. ☐ Comm'l/Ind'l | Date of Recording:_____ |
| g. ☐ Agricultural | h. ☐ Mobile Home | Notes: Trust Agent ok - Am) |
| ☐ Other_____ | | |

3. a. Total Value/Sales Price of Property                                $_____
   b. Deed in Lieu of Foreclosure Only (value of property)  (_____)
   c. Transfer Tax Value:                                                          $_____
   d. Real Property Transfer Tax Due                                     $_____

**4. If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section  7
   b. Explain Reason for Exemption: TRANSFER TO TRUST NAME WITHOUT CONSIDERATION

5. Partial Interest: Percentage being transferred: _____ %

The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060 and NRS 375.110, that the information provided is correct to the best of their information and belief, and can be supported by documentation if called upon to substantiate the information provided herein. Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Ray P Blythe_                           Capacity  GRANTOR

Signature _____        Capacity _____

| **SELLER (GRANTOR) INFORMATION** **(REQUIRED)** | **BUYER (GRANTEE) INFORMATION** **(REQUIRED)** |
|---|---|
| Print Name: RANDY BLIZZARD | Print Name: JOEL 228 TRUST |
| Address: P.O. BOX 94226 | Address: P O BOX 94226 |
| City: LAS VEGAS | City: LAS VEGAS |
| State: NV   Zip: 89122 | State: NV   Zip: 89122 |

**COMPANY/PERSON REQUESTING RECORDING (required if not seller or buyer)**
Print Name: JOE MORATA                    Escrow #: _____
Address: 6205 BANNOCK
City: LAS VEGAS                                 State: NV    Zip: 89107

**AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED**

CCOR_DV_Form.pdf ~ 01/12/09

Description: Clark,NV Document-Year.Date.DocID 2014.307.996 Page: 4 of 4
Order: 6540 Charlie Chaplin #102 Comment:

# <u>EXHIBIT 3</u>

**Grant, Bargain and Sale Deed**

**Doc. No. 201403190002105**

Inst #: 20140319-0002105
Fees: $18.00 N/C Fee: $0.00
RPTT: $43.35 Ex: #
03/19/2014 11:47:40 AM
Receipt #: 1965684
Requestor:
JOEL 228 TRUST
Recorded By: BGN Pgs: 3
**DEBBIE CONWAY**
CLARK COUNTY RECORDER

RECORDING REQUESTED BY
Joel 228 Trust
P.O. BOX 94226
Las Vegas, NV 89193

WHEN RECORDED MAIL
TAX STATEMENT TO:
Joel 228 Trust
P.O. BOX 94226
Las Vegas, NV 89193

Above Space for Recorder's Use

APN #161-10-710-305

# GRANT, BARGAIN, SALE DEED

THIS INDENTURE WITNESSETH: That, **Joel 228 Trust,**
FOR A VALUABLE CONSIDERATION, the receipt of which is hereby acknowledged, do(es) hereby
Grant, Bargain, Sell and Convey to

JAMES PAUL GETTY IRREVOCABLE RESOURCE TRUST, ANTHONY F. JOHNSON IRREVOCABLE RESOURCE
TRUST, STEVEN J. CASTELLAN IRREVOCABLE RESOURCE TRUST, BRIAN PHILIP ANDERSON IRREVOCABLE
RESOURCE TRUST, PHILIP STEVEN IRREVOCABLE RESOURCE TRUST an undivided Ten percent (10%),  and
Joel 228 Trust an undivided ninety (90%) percent of all that real property situated in the City of **LAS
VEGAS**, County of **CLARK**, State of **NEVADA.**
~~LEGAL DESCRIPTION ATTACHED HERE TO:~~  RPB

Parcel I
Unit 102 in building 102 of final map of HOLLYWOOD RANCH, as shown by map thereof on file in
book 129 of plats, page 34, recorded and certificate of amendment recorded in book 20060426 at
instrument no.0005109 and in book 20070208 at instrument no.0003057, in the office of the county
Nevada. Together with associated garage unit, as set forth in that certain declaration of covenants,
conditions and restrictions and reservation of easements for Hollywood ranch recorded October 2,2006 in
book 20061002 as instrument 0005479, official records. In the office of the County Recorder of Clark
County, Nevada

Parcel II
The exclusive right of use possession and occupancy of those portions of the above-referenced plat as
designated as exclusive use areas and limited common elements, including, but not limited to, yard
component, as defined in and subject to the declaration, which are appurtenant to parcel 1 described above.

SUBJECT TO:

1.      General and Special Taxes for the current Fiscal Year.

2.      Covenants, Conditions and Restrictions, Reservations, Easements, Rights of Way of record.

**Commonly Referred to as:** 6540 Charlie Chaplin Ave # 102 Las Vegas NV 89122-1772

_Randy Blizzard_
Joel 228 Trust - Randy Blizzard Trustee                                    Date

State of __Nevada__

County of __Clark__          }

On __3/18/2014__ before me, __Jaime Lynn Damien__

Date                                        Name and Title of Office

Personally appeared  Joel 228 Trust- Randy Blizzard Trustee



NOTARY PUBLIC
JAIME LYNN DAMIEN
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. MAR. 16, 2016
No: 12-7274-1

Who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his signature on the instrument the person, or the entity on half of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of __NV__ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Notary Seal                              Signature _Jaime Lynn Damien_

Signature of Notary Public

**STATE OF NEVADA**
**DECLARATION OF VALUE**

1. Assessor Parcel Number(s)
   a. 161 - 10 - 710 - 305
   b. _____
   c. _____
   d. _____

2. Type of Property:
   a. ☐ Vacant Land   b. ☐ Single Fam. Res.
   c. ☒ Condo/Twnhse  d. ☐ 2-4 Plex
   e. ☐ Apt. Bldg     f. ☐ Comm'l/Ind'l
   g. ☐ Agricultural  h. ☐ Mobile Home
      ☐ Other

   | FOR RECORDERS OPTIONAL USE ONLY |
   | Book_____ Page:_____ |
   | Date of Recording: _____ |
   | Notes: |

3.a. Total Value/Sales Price of Property          $ 84,000.00
   b. Deed in Lieu of Foreclosure Only (value of property (_____)
   c. Transfer Tax Value:                          $ 8400        10%
   d. Real Property Transfer Tax Due               $ 43.35

4. **If Exemption Claimed:**
   a. Transfer Tax Exemption per NRS 375.090, Section_____
   b. Explain Reason for Exemption: _____
   _____

5. Partial Interest: Percentage being transferred: 10 %
The undersigned declares and acknowledges, under penalty of perjury, pursuant to NRS 375.060
and NRS 375.110, that the information provided is correct to the best of their information and belief,
and can be supported by documentation if called upon to substantiate the information provided herein.
Furthermore, the parties agree that disallowance of any claimed exemption, or other determination of
additional tax due, may result in a penalty of 10% of the tax due plus interest at 1% per month. Pursuant
to NRS 375.030, the Buyer and Seller shall be jointly and severally liable for any additional amount owed.

Signature _Ray Bgrud_                   Capacity: _GRANTOR_

Signature _____           Capacity: _____

**SELLER (GRANTOR) INFORMATION**          **BUYER (GRANTEE) INFORMATION**
**(REQUIRED)**                            **(REQUIRED)**
Print Name: JOEL 228 TRUST                Print Name: JAMES PAUL GENTY IRREVOCABLE
Address: P.O. BOX 94226                   Address: SAME                    TRUST
City: LAS VEGAS                           City: _____
State: NV      Zip: 89193                 State: _____  Zip: _____

**COMPANY/PERSON REQUESTING RECORDING (Required if not seller or buyer)**
Print Name: _____           Escrow # _____
Address: _____
City: _____                 State: _____  Zip: _____

AS A PUBLIC RECORD THIS FORM MAY BE RECORDED/MICROFILMED