Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
        kln@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., | Case No. 2:17-cv-00678-RFB-VCF |
| Plaintiff, | |
| vs. | |
| RANDY BLIZZARD, in his individual capacity and as Trustee of the JOEL 228 TRUST; the JAMES PAUL GETTY IRREVOCABLE RESOURCE TRUST; the ANTHONY F. JOHNSON IRREVOCABLE RESOURCE TRUST; the STEVEN J. CASTELLAN IRREVOCABLE RESOURCE TRUST; the BRIAN PHILIP ANDERSON IRREVOCABLE RESOURCE TRUST; the PHILIP STEVEN IRREVOCABLE RESOURCE TRUST; HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; CYNTHIA GIBSON, an individual, | **STIPULATION AND ORDER TO EXTEND SUMMARY JUDGMENT BRIEFING** |
| Defendants. | |

Plaintiff JPMorgan Chase Bank, N.A. (hereinafter "**Chase**" or "**Plaintiff**"), by and through its attorneys of record, Kent F. Larsen, Esq. and Karl Nielson, Esq. of the law firm of Smith Larsen & Wixom; and Defendants, Randy Blizzard, in his individual capacity and as Trustee of the Joel 228 Trust, The James Paul Getty Irrevocable Resource Trust, The Anthony F. Johnson Irrevocable Resource Trust, The Steven J. Castellan Irrevocable Resource Trust,

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

The Brian Philip Anderson Irrevocable Resource Trust, and Philip Steven Irrevocable Resource Trust (hereinafter collectively "**Defendants**"), by and through their attorney of record, Michael N. Beede, Esq. of the Law Office of Mike Beede, PLLC by and through their respective counsel of record, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that Chase's opposition to Defendants' motion for summary judgment currently due on March 14, 2018 and Defendants' opposition to Chase's motion for summary judgment currently due on March 15, 2018 are now due by **March 23, 2018**.

. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .
. . .

2

SMITH LARSEN & WIXOM
ATTORNEYS
HILLS CENTER BUSINESS PARK
1935 VILLAGE CENTER CIRCLE
LAS VEGAS, NEVADA 89134
(702) 252-5002 · (702) 252-5006

**IT IS FURTHER STIPULATED AND AGREED** that Chase's reply brief and Defendants' reply brief are now due by **April 6, 2018.**

Dated this 13th day of March 2018.

Dated this 13th day of March, 2018.

SMITH LARSEN & WIXOM

THE LAW OFFICE OF MIKE BEEDE, PLLC

/s/ Karl L. Nielson

/s/ Michel Beede

KENT F. LARSEN, ESQ.
Nevada Bar No. 3463
KARL NIELSON, ESQ.
Nevada Bar No. 5082
1935 Village Center Circle
Las Vegas, NV 89134
T: (702) 252-5002
F: (702) 252-5006
kfl@swlaw.com
kln@swlaw.com
*Attorneys for Plaintiff, JPMorgan Chase Bank, N.A.*

MICHAEL BEEDE, ESQ.
Nevada Bar No. 13068
2470 St. Rose Pkwy., Ste. 201
Henderson, NV 89074
T: 702-473-8406
F: 702-832-0248
eservice@legallv.com
*Attorney for Defendants, Randy Blizzard, in his individual capacity and as Trustee of the Joel 228 Trust; The James Paul Getty Irrevocable Resource Trust; The Anthony F. Johnson Irrevocable Resource Trust; The Steven J. Castellan Irrevocable Resource Trust; The Brian Philip Anderson Irrevocable Resource Trust; and Philip Steven Irrevocable Resource Trust*

**ORDER**

**IT IS SO ORDERED**.

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 14th day of March, 2018.

3