UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>RANDY BLIZZARD, in his individual capacity and as Trustee of the JOEL 228 TRUST; the JAMES PAUL GETTY IRREVOCABLE RESOURCE TRUST; the ANTHONY F. JOHNSON IRREVOCABLE RESOURCE TRUST; the STEVEN J. CASTELLAN IRREVOCABLE RESOURCE TRUST; the BRIAN PHILIP ANDERSON IRREVOCABLE RESOURCE TRUST; the PHILIP STEVEN IRREVOCABLE RESOURCE TRUST; HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; CYNTHIA GIBSON, an individual,<br><br>Defendants. | Case No. 2:17-cv-0678-RFB-VCF<br><br>**ORDER** |
| RANDY BLIZZARD, in his individual capacity and as Trustee of the JOEL 228 TRUST; the JAMES PAUL GETTY IRREVOCABLE RESOURCE TRUST; the ANTHONY F. JOHNSON IRREVOCABLE RESOURCE TRUST; the STEVEN J. CASTELLAN IRREVOCABLE RESOURCETRUST; the BRIAN PHILIP ANDERSON IRREVOCABLE RESOURCE TRUST; the PHILIP STEVEN IRREVOCABLE RESOURCE TRUST,<br><br>Counterclaimants, | |

v.

JPMORGAN CHASE BANK, N.A.;
CYNTHIA GIBSON, an individual; DOE
INDIVIDUALS 1 through 10, inclusive; ROE
BUSINESS ENTITIES 1 through 10,
inclusive,

        Counter-Defendants.

On April 21, 2017, this Court certified a question of law regarding NRS 116's notice requirement to the Nevada Supreme Court in <u>Bank of N.Y. Mellon v. Star Hill Homeowners Ass'n</u>, Case No. 2:16-cv-02561-RFB-PAL, ECF No. 41. The Court finds that the outcome of that decision will impact the pending motions in this case. For reasons of judicial economy and to avoid inconsistent decisions, the Court will not consider any further motions until the parties have had the opportunity to receive and address the Nevada Supreme Court's opinion on this issue.

[**IT IS THEREFORE ORDERED** that this case is hereby STAYED.

**IT IS FURTHER ORDERED** that Defendants' [31] Motion for Summary Judgment and Plaintiff JPMorgan Chase Bank, N.A.'s [32] Motion for Summary Judgment are DENIED without prejudice. The moving party shall have 21 days from the date of the Nevada Supreme Court's decision on the certified question to file a modified Motion for Summary Judgment or to file a notice renewing the previously filed motion. The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

The opposing party shall have 21 days to respond. The moving party shall have 14 days to reply.

**IT IS FURTHER ORDERED** that all other pending motions are DENIED without prejudice.

DATED this 12th day of July, 2018.



RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE

2