Kent F. Larsen, Esq.
Nevada Bar No. 3463
Karl Nielson, Esq.
Nevada Bar No. 5082
SMITH LARSEN & WIXOM
1935 Village Center Circle
Las Vegas, Nevada 89134
Tel: (702) 252-5002
Fax: (702) 252-5006
Email: kfl@slwlaw.com
kln@slwlaw.com
Attorneys for Plaintiff
JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> RANDY BLIZZARD, in his individual capacity and as Trustee of the JOEL 228 TRUST; the JAMES PAUL GETTY IRREVOCABLE RESOURCE TRUST; the ANTHONY F. JOHNSON IRREVOCABLE RESOURCE TRUST; the STEVEN J. CASTELLAN IRREVOCABLE RESOURCE TRUST; the BRIAN PHILIP ANDERSON IRREVOCABLE RESOURCE TRUST; the PHILIP STEVEN IRREVOCABLE RESOURCE TRUST; HOLLYWOOD RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; CYNTHIA GIBSON, an individual, <br><br> Defendants. | Case No. 2:17-cv-00678-RFB-VCF <br><br><br> **STIPULATION AND ORDER TO QUIET TITLE AND FOR DISMISSAL OF JPMORGAN CHASE BANK, N.A. WITH PREJUDICE** |

  Plaintiff JPMorgan Chase Bank, N.A. (hereinafter "**Chase**" or "**Plaintiff**"), by and through its attorneys of record, Kent F. Larsen, Esq. and Karl Nielson, Esq. of the law firm of Smith Larsen & Wixom; and Defendants, Randy Blizzard, in his individual capacity and as Trustee of the Joel 228 Trust, The James Paul Getty Irrevocable Resource Trust, The Anthony F. Johnson Irrevocable Resource Trust, The Steven J. Castellan Irrevocable Resource Trust,

The Brian Philip Anderson Irrevocable Resource Trust, and Philip Steven Irrevocable Resource Trust (hereinafter collectively "**Defendants**"), by and through their attorney of record, Michael N. Beede, Esq. of the Law Office of Mike Beede, PLLC by and through their respective counsel of record, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that as a result of the Confidential Settlement Agreement executed by Chase and Defendants, Chase has agreed to relinquish and convey and has done or will do so by reconveyance, any and all of its right title and interest under its Deed of Trust ("DOT") on the subject real property commonly known as 6540 Charlie Chaplin Avenue #102, Las Vegas, Nevada 89122, APN: 161-10-710-305 (the "Property").

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation and Order is in <u>no way</u> intended to impair the rights of Chase (or any of their authorized agents, investors, affiliates, predecessors, successors, and assigns) to pursue any and all remedies against the Borrower(s), as defined in the DOT and/or Note, that Chase (or any of their authorized agents, investors, affiliates, predecessors, successors, and assigns) may have relating to the Note.

**IT IS FURTHER STIPULATED AND AGREED** that a copy of this Order may be recorded with the Clark County Recorder.

**IT IS FURTHER STIPULATED AND AGREED** that as a result of the settlement, title in the property is quieted in favor of Defendants.

**IT IS FURTHER STIPULATED AND AGREED** that Chase shall be dismissed from this litigation WITH PREJUDICE, including any and all claims asserted against Chase or by Chase, each party to bear its own costs and fees.

///

///

///

This dismissal pertains to Chase only and not to any other party.

Dated this 6 day of ~~March~~ August 2019.    Dated this 26th day of March, 2018.

SMITH LARSEN & WIXOM                         THE LAW OFFICE OF MIKE BEEDE, PLLC

/s/                                          /s/

KENT F. LARSEN, ESQ.                         MICHAEL BEEDE, ESQ.
Nevada Bar No. 3463                          Nevada Bar No. 13068
KARL NIELSON, ESQ.                           2470 St. Rose Pkwy., Ste. 201
Nevada Bar No. 5082                          Henderson, NV 89074
1935 Village Center Circle                   T: 702-473-8406
Las Vegas, NV 89134                          F: 702-832-0248
T: (702) 252-5002                            eservice@legallv.com
F: (702) 252-5006                            *Attorney for Defendants, Randy Blizzard, in*
kfl@swlaw.com                                *his individual capacity and as Trustee of the*
kln@swlaw.com                                *Joel 228 Trust; The James Paul Getty*
*Attorneys for Plaintiff, JPMorgan Chase*    *Irrevocable Resource Trust; The Anthony F.*
*Bank, N.A.*                                 *Johnson Irrevocable Resource Trust; The*
                                             *Steven J. Castellan Irrevocable Resource*
                                             *Trust; The Brian Philip Anderson*
                                             *Irrevocable Resource Trust; and Philip*
                                             *Steven Irrevocable Resource Trust*

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 13th day of August, 2019.

3