# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JPMorgan Chase Bank, N.A.

                **DEFAULT JUDGMENT IN A CIVIL CASE**

          Plaintiff,

   v.                       Case Number: 2:17-cv-00678-RFB-VCF

Hollywood Ranch Homeowners
Association, Cynthia Gibson, et al.

          Defendants.

___     **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

&#10005;     **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

that judgment is entered against the Counter-Defendant, Cynthia Gibson. IT IS FURTHER DECLARED that Defendant Cynthia Gibson, and any successors and assigns, has no right, title or interest in the Property.

  03/04/2020
_____
Date

   DEBRA K. KEMPI
_____
Clerk

  /s/ A. Reyes
_____
Deputy Clerk